[No. 65734-8-I. Division One. February 21, 2012.]

WOODINVILLE BUSINESS CENTER NO. 1, *Respondent*, v. ALBERT L. DYKES, *Individually and as Managing Partner*, ET AL., *Appellants*.

. *Affirmed* and *remanded with instructions* by unpublished opinion per Ellington, J., concurred in by Appelwick and Spearman, JJ.

[No. 65801-8-I. Division One. February 21, 2012.]

KEITH KNAPPETT ET AL., *Respondents*, v. KING COUNTY METRO TRANSIT, *Appellant*.

. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Lau and Leach, JJ.

[Nos. 65914-6-I; 66110-8-I. Division One. February 21, 2012.]

NORMAN WHERRETT ET AL., *Appellants*, v. LAVONNE EKREN ET AL., *Respondents*.

. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.

[No. 66156-6-I. Division One. February 21, 2012.]

CRYSTAL LOTUS ENTERPRISES, LTD., *Appellant*, v. THE CITY OF SHORELINE ET AL., *Respondents*.

. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Leach, J. Now published at 167 Wn. App. 501.